**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: J.N.D.B., A MINOR | : | No. 435 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: S.B., GRANDMOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: M.R.M., A MINOR | : | No. 436 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: S.B., GRANDMOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.